IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Case No. 09-cr-00048-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NAMIR SABBAGH,
   a/k/a Antoine Yousif Sabbagh,

    Defendant.

---

**ORDER DENYING REQUEST FOR EARLY TERMINATION
FROM SUPERVISED RELEASE**

---

On September 27, 2012, Defendant Namir Sabbagh submitted a *pro se* request for early termination of supervised release in his case (Doc. # 85). On October 16, 2012, the Court ordered that the probation office and the United States respond in writing by October 30, 2012. Both the Probation Office and the Government have argued against early termination of supervised release for this Defendant on the basis that Defendant Sabbagh has paid very little of the restitution he owes and continues to owe 98.9% of the restitution amount order by the Court to be paid. Accordingly, the Court hereby

ORDERS that Defendant Namir Sabbagh's request for early termination from his supervised release is DENIED.

DATED: October   29  , 2012

BY THE COURT:

*[signature: Christine M. Arguello]*

_____
CHRISTINE M. ARGUELLO
United States District Judge